AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Green 2002 Mercury Grand Marquis
Registration Number CP3544
Vehicle Identification Nu. 2MEFM74WX2X629547

## SEARCH WARRANT

CASE NUMBER: 08 - 422 - M - 01

TO:  __WAYNE P. GERRISH__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by __DETECTIVE WAYNE P. GERRISH__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

A GREEN 2002 MERCURY GRAND MARQUIS BEARING THE WASHINGTON D.C. REGISTRATION NUMBER OF CP3544. THE VEHICLE DISPLAYS THE VEHICLE IDENTIFICATION NUMBER OF 2MEFM74WX2X629547 AND IS SECURED AT THE METROPOLITAN POLICE DEPARTMENT'S CRIME SCENE EXAMINATION COMPLEX LOCATED AT 3521 V STREET, NORTHEAST, WASHINGTON, D.C.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 12, 2008___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

___JUL 0 2 2008 @ 5:07___  at Washington, D.C.
Date and DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer      Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 7/2/08 | JULY 8TH, 2008  1400 HRS | IN VEHICLE. |

**INVENTORY MADE IN THE PRESENCE OF**  AGENT BARMONDE, OFC. WISE, DET. GERPISH

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1. BAT
2. HAMMER
3. MAIL MATTER AND DOCUMENTS
4. GLASS FRAGMENTS
5. SWAB OF DASHBOARD AND DRIVER'S SEAT.
6. TAPINGS OF DRIVER'S SEAT AND FLOORBOARD.
7. TAPINGS OF PASSENGER'S SEAT AND FLOORBOARD.

**FILED**

JUL 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or U.S Magistrate Judge      7/11/08  Date